## MOUNTAINDALE CONDOMINIUM ASSOCIATION, INC. *v.* JOSEPH ZAPPONE ET AL.

MCDONALD, C. J., did not participate in the consideration or decision of this petition.

*James W. Oliver* and *David R. Levesque,* in support of the petition.

*Michael C. Deakin* and *William C. Berry,* in opposition.

Decided October 31, 2000

## STATE OF CONNECTICUT *v.* ORGEBY HOLLBY

*Del Atwell,* special public defender, in support of the petition.

*Robert M. Spector,* deputy assistant state's attorney, in opposition.

Decided October 31, 2000

## STATE OF CONNECTICUT *v.* ELEUTERIO CRUZ

MCDONALD, C. J., did not participate in the consideration or decision of this petition.

*Joy K. Fausey*, deputy assistant state's attorney, in support of the petition.

Decided October 31, 2000

STATE OF CONNECTICUT *v.* CLARENCE MARSALA

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Katharine S. Goodbody*, special public defender, in support of the petition.

*Peter Anthopolos*, special deputy assistant state's attorney, in opposition.

Decided October 31, 2000

T. CHRISTOPHER KILLION ET AL. *v.*
IAN MARTIN DAVIS

SULLIVAN, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16417.

*Steven D. Ecker*, in support of the petition.